IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HAROLD EDWARD ORR,           :

    Plaintiff,                 :

vs.                          :        CIVIL ACTION 05-0094-WS-C

DR. BARNES,                  :

    Defendant.                 :

## ORDER

The request of plaintiff for appointment of counsel (Doc. 1) is **DENIED**.  In a case such as this, the Court may exercise its broad discretion in making the decision to appoint counsel under 28 U.S.C. § 1915(e)(1).  *Mallard v. United States Dist. Court for the Southern Dist. of Iowa*, 490 U.S. 296, 109 S.Ct. 1814, 104 L.Ed.2d 319 (1989); *Bass v. Perrin*, 170 F.3d 1312, 1319-20(11th Cir. 1999).  Such requests are not mandatory except in exceptional circumstances where the complexity of the case or the competence of the plaintiff makes *pro se* prosecution of the claim fundamentally unfair.  *See Id.; Steele v. Shah*, 87 F.3d 1266, 1270-71 (11th Cir. 1996); *Kilgo v. Ricks*, 983 F.2d 189, 193-94 (11th Cir. 1993); *Poole v. Lambert*, 819 F.2d 1025, 1028-29 (11th Cir. 1987); *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985).

A review of the record in this cause reveals no such circumstances.  Plaintiff's

action is not complex.  Plaintiff has named only one defendant, a doctor, and the claim against him is straightforward.  Moreover, plaintiff's complaint imparts an understanding of the law as it pertains to his claims and that he is capable of presenting his claims.  At this time, upon consideration of the standard set forth in those cases cited herein, the Magistrate Judge **DENIES** discretionary appointment.

    **DONE** this 26th day of April, 2005.

    s/WILLIAM E. CASSADY
    UNITED STATES MAGISTRATE JUDGE